[No. 56708-0-I.  Division One.  May 14, 2007.]

SANDRA L. JONES, *Appellant,* v. GREYHOUND LINES, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-30736-1, Carol A. Schapira, J., entered July 13, 2005. *Reversed* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Schindler and Dwyer, JJ.

[No. 57161-3-I.  Division One.  May 14, 2007.]

THE STATE OF WASHINGTON, *Respondent,* v. ARDMORE CANTON III, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-04843-3, Nicole MacInnes, J., entered October 12, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[Nos. 57278-4-I; 57279-2-I.  Division One.  May 14, 2007.]

THE STATE OF WASHINGTON, *Respondent,* v. JENNIFER MARIE BOWDIN, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 03-1-09378-1, Douglass A. North, J., entered October 24, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57626-7-I.  Division One.  May 14, 2007.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT LEE PHAIR, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-01314-4, Ira Uhrig, J., entered December 16, 2005. *Affirmed* by unpublished per curiam opinion.